In the Matter of KIAMESHA CONCORD, INC., Petitioner, v. H. MYRON LEWIS et al., Constituting the Board of Standards and Appeals of the Department of Labor, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.